Nicholas Ranallo, Attorney at Law (SBN 275016)
5058 57th Ave. S.
Seattle, WA 98118
Telephone No.: (831) 607-9229
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **RONDEVOO TECHNOLOGIES, LLC,**<br><br>      Plaintiff,<br><br>      v.<br><br>**DRVISION TECHNOLOGIES, LLC,**<br><br>      Defendant. | Civil Action No.:  19-cv-1912<br><br>**TRIAL BY JURY DEMANDED** |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Plaintiff, Rondevoo Technologies, LLC ("Rondevoo"), states that it is a limited liability company.  It has a parent company, Red Dragon Innovations, LLC, whose constituent members are Dan Cotman and Pai Yeh.  No publicly held corporation owns ten percent (10%) or more of its stock.

DATED: November 26, 2019         NICHOLAS RANALLO, ATTORNEY AT LAW



                              By:  /s/ Nicholas Ranallo
                              Nicholas Ranallo (Cal Bar # 275016)
                              5058 57th Ave. S.
                              Seattle, WA 98118
                              Phone: (831) 607-9229
                              Fax: (831) 533-5073
                              nick@ranallolawoffice.com