1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONDEVOO TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DRVISION TECHNOLOGIES, LLC,<br><br>Defendant. | CASE NO. C19-1912-RSM<br><br>ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on Plaintiff Rondevoo Technologies, LLC's Motion to Continue Deadlines, Dkt. #6.  Although Plaintiff filed the Motion as a "unopposed," the Court notes that the Motion was submitted only by Plaintiff and that Defendant has not appeared at this time.  Accordingly, the Court will consider the filing an *ex parte* motion submitted by Plaintiff.

Plaintiff filed its complaint on November 23, 2019 and summons were issued on November 26, 2019.  Dkts. #1, #4.  Plaintiff has attempted to serve Defendant via its registered agent but has been unable to effect service.  Dkt. #6 at 1-2.  Pursuant to the Court's scheduling order, Dkt. #5, parties' FRCP 26(f) conference deadline is January 10, 2020, with initial

ORDER GRANTING PLAINTIFF'S EX PARTE
MOTION FOR EXTENSION OF TIME
PAGE - 1

disclosures due January 17, 2020. Plaintiff requests a continuance of all deadlines by approximately five weeks from the original deadline to allow time to effect service.

Finding that good cause exists to extend the initial disclosure deadlines, it is hereby ORDERED that the deadlines are revised as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 2/21/2020 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 2/28/2020 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 3/6/2020 |

DATED this 8 day of January 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE