UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONDEVOO TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DRVISION TECHNOLOGIES, LLC,<br><br>Defendant. | CASE NO. 2:19-cv-01912-RSM<br><br>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of practice for civil proceedings before the United States District Court for the Western District of Washington, Defendant, DRVision Technologies, LLC ("DRVision"), states that it is a Washington limited liability company constituted of three members: (1) SVision LLC, a Washington limited liability company, (2) Nikon Americas Inc., a wholly owned subsidiary (in New York) of Nikon Corporation, and (3) Dr. Shih-Jong James Lee, an individual residing in

DEFENDANT'S Corporate Disclosure Statement - 1
(2:19-cv-01912-RSM)

LAW OFFICES OF DAVID PAI
1001 4th Avenue, Suite 3200
Seattle, Washington 98154
Tel: 206-622-2900

1  Washington. SVision LLC is the parent company of DRVision by virtue of 64.13% ownership of
2  DRVision. Nikon Americas Inc. owns 33.37% of DRVision, and Nikon Corporation is a publicly
3  held corporation headquartered in Tokyo, Japan.

6   Dated:  January 24, 2020

8                                         Respectfully submitted,

10                              By:  s/ Chao-Chang David Pai

11                                   Chao-Chang David Pai (WSBA #28083)
                                     Law Offices of David Pai
12                                   1001 Fourth Avenue, Suite 3200
                                     Seattle, Washington 98154
13                                   Tel: (206) 372-3162
                                     Fax: (206) 374-2899
14                                   E-mail: dpai@pailaw.com
15                                   Attorney for Defendant,
                                           DRVision Technologies, LLC

DEFENDANT'S Corporate Disclosure Statement - 2
(2:19-cv-01912-RSM)

LAW OFFICES OF DAVID PAI
1001 4th Avenue, Suite 3200
Seattle, Washington 98154
Tel: 206-622-2900