IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONDEVOO TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DRVISION TECHNOLOGIES, LLC,<br><br>Defendant. | Civil Action No.: 2:19-cv-01912 RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO STAY |

This matter is before the Court on the Unopposed Motion to Stay and Notice of Settlement (ECF #12). This Court finds the Motion well taken and for good cause shown grants the Motion. The proceedings between the parties, including all deadlines, are stayed until April 13, 2020.

DATED this 14th day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING UNOPPOSED MOTION TO STAY AND NOTICE OF SETTLEMENT