Nicholas Ranallo, Attorney at Law (SBN 275016)
5058 57th Ave. S.
Seattle, WA 98118
Telephone No.: (831) 607-9229
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **RONDEVOO TECHNOLOGIES, LLC,** | Civil Action No.: 2:19-cv-01912RSM |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **DRVISION TECHNOLOGIES, LLC,** | |
| Defendant. | |

### ORDER GRANTING JOINT MOTION TO DIMISS

The Court, having considered the Parties' Joint Motion to Dismiss [D.E. 14], and good cause appearing therefor,

IT IS HEREBY ORDERED that claims against Defendant are dismissed with prejudice and counterclaims against Plaintiff are dismissed with prejudice. Each to party to bear its own costs.

**IT IS SO ORDERED.**

DATED this 13th day of April, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE